UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 29 2005 ★
BROOKLYN OFFICE

-----------------------------------------------------------X

JAMES COREY,

        Petitioner,

-against-

MICHAEL A. ZENK, *et al.*,

        Respondents.

JUDGMENT
05-CV- 0606 (JG)

-----------------------------------------------------------X
-----------------------------------------------------------X

JOSEPH SOUTHERLAND,

        Petitioner,

-against-

MICHAEL A. ZENK, *et al.*,

        Respondents.

05-CV- 0902 (JG)

-----------------------------------------------------------X

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on September 26, 2005, denying the petitions for a writ of habeas corpus; it is

ORDERED and ADJUDGED that petitioners take nothing of the respondents; and that the petitions for a writ of habeas corpus are denied.

Dated: Brooklyn, New York
       September 28, 2005

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court